CHRISTINA H. WANG, ESQ.
Nevada Bar No. 9713
FIDELITY NATIONAL LAW GROUP
1701 Village Center Circle, Suite 110
Las Vegas, Nevada 89134
Tel: (702) 667-3000
Fax: (702) 433-3091
Email: christina.wang@fnf.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-22,<br><br>    Plaintiff,<br><br>vs.<br><br>NV MORTGAGE, INC. dba SOMA FINANCIAL, a Nevada corporation; JONATHON DALE AMOS, an individual; MELISSA AMOS, an individual; UNITED STATES DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE, a U.S. government agency; DOES I through X and ROE BUSINESS ENTITIES XI through XX,<br><br>    Defendants. | Case No.: 2:17-cv-01242-JAD-VCF<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE STAY OF CASE PENDING SETTLEMENT NEGOTIATIONS** |

IT IS HEREBY STIPULATED AND AGREED by and between Christina H. Wang, Esq. of the Fidelity National Law Group, counsel for Plaintiff THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-22 ("Plaintiff"); Boris Kukso, Esq. of the U.S. Department of Justice, counsel for Defendant UNITED STATES OF AMERICA (on behalf of the INTERNAL REVENUE SERVICE) (hereinafter, "IRS"); and Erick M. Ferran, Esq. of Hitzke & Associates, counsel for Defendants NV MORTGAGE, INC. dba SOMA FINANCIAL, JONATHON DALE AMOS and MELISSA AMOS, as follows:

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

Page 1 of 3

**WHEREAS,**

1. On or about October 6, 2017, this Court entered a Discovery Plan and Scheduling Order setting forth the discovery and other deadlines governing this case (Doc. 10). Thereafter, the parties actively and in good faith engaged and participated in the discovery process.

2. On January 9, 2018, the parties filed a Joint Stipulation and Proposed Order to Stay Case Pending Settlement Negotiations (Doc. 12). Specifically, the parties sought a stay of ninety (90) days, up to and including April 9, 2018, to undertake settlement negotiations to resolve this case in its entirety.

3. This Court granted the stay in an Order dated January 9, 2018 (Doc. 13).

4. Since then, the parties have actively and in good faith engaged in settlement negotiations and are close to reaching a desired resolution.

5. However, in light of the multiple layers of review required for a settlement as between Plaintiff and the IRS, both large institutions, the parties require additional time to consummate a final settlement.

6. The parties believe that their chances for case settlement are enhanced if they are permitted to continue their remaining discovery activities.

7. The parties believe that their chances for case settlement are further enhanced if they are able to devote some of the financial resources currently earmarked for litigation to funding a potential settlement.

8. The parties believe that a stay of this case for an additional sixty (60) days, up to and including June 8, 2018, is reasonable in light of the time necessary to obtain client approval of a settlement and prepare and finalize all attendant settlement documents.

9. In the event that their settlement efforts fail, the parties will require additional time to resume discovery activities and trial preparation.

**WHEREFORE**,

IT IS HEREBY STIPULATED AND AGREED that a continuance of the stay in this case for sixty (60) days, up to and including June 8, 2018, would help to accomplish the settlement objectives described herein.

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

IT IS FURTHER STIPULATED AND AGREED that if this case does not resolve by June 8, 2018, the parties will submit a stipulation and proposed order to lift stay as well as an updated, proposed Discovery Plan and Scheduling Order extending the case deadlines by the corresponding period of stay for the Court's approval.

DATED this 9th day of April, 2018.

| | |
|---|---|
| FIDELITY NATIONAL LAW GROUP | RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Attorney General |
| /s/ Christina H. Wang<br>CHRISTINA H. WANG, ESQ.<br>Nevada Bar No. 9713<br>1701 Village Center Circle, Suite 110<br>Las Vegas, Nevada 89134<br>*Attorneys for Plaintiff* | /s/ Boris Kukso<br>BORIS KUKSO, ESQ.<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Washington, D.C. 20044<br><br>Of Counsel:<br>DAYLE ELIESON<br>U.S. Attorney<br><br>*Attorneys for the United States of America* |

HITZKE & ASSOCIATES

/s/ Erick M. Ferran
ERICK M. FERRAN, ESQ.
Nevada Bar No. 9554
2030 E. Flamingo Road, Suite 115
Las Vegas, Nevada 89119
*Attorneys for Defendants NV Mortgage, Inc. dba Soma Financial, Jonathan Dale Amos, and Melissa Amos*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: April 10, 2018

**Fidelity National Law Group**
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000